IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**AMERICAN FIDELITY ASSURANCE COMPANY**                        **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO.: 4:22-CV-39-DMB-JMV**

**ALISA ARCHIE, SHALANDA ARCHIE COOK**
**AND DAVID L. SWIMS, JR.**                                                    **DEFENDANTS**

**ORDER GRANTING MOTION FOR INTERPLEADER DEPOSIT**

Before the Court is American Fidelity Assurance Company's motion for interpleader deposit [12]. The Court, having considered the motion finds that it is well-taken and orders that the motion be GRANTED as follows:

A. American Fidelity Assurance Company is authorized and directed to deposit $104,518.85, plus interest, if any, by check or money order, made payable to "U.S. District Court," and delivered, together with a copy of this Order, to the Clerk of the Court, as soon as practicable after funds are available, or no later than June 15, 2022.

B. The Clerk of Court is directed to deposit the funds into an interest bearing account with an authorized depository, as specified in the Order Regarding Deposit and Investment of Registry Funds[1], dated February 8, 2017, and to retain such funds on deposit until further order of the Court.

C. Nature of the deposit: <u>Ordinary "disputed ownership funds" (CRIS DOF).</u> This Court finds and concludes that the funds to be deposited are interpleader funds, or other funds which qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. §1.468B-9(b)(1)). Accordingly, the Administrative Office of the United States Courts is

---

[1] The Order Regarding Deposit and Investment of Registry Funds, dated February 8, 2017, may be found on the website for the United States District Court for the Northern District of Mississippi.

hereby authorized and directed to administer the funds, charge fees, and withhold and pay taxes, under its Disputed Ownership Funds system. (CRIS DOF).

    **SO ORDERED** this, the 1st day of June, 2022.

                                            /s/ Jane M. Virden
                                            **UNITED STATES MAGISTRATE JUDGE**