IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**AMERICAN FIDELITY**                                                                                 **PLAINTIFF**
**ASSURANCE COMPANY**

**V.**                                                                                      **NO. 4:22-CV-39-DMB-JMV**

**ALISA ARCHIE, et al.**                                                                      **DEFENDANTS**

**ORDER**

On January 2, 2024, the Court set a January 16 deadline for Alisa Archie and Shalanda Archie Cook to notify the Court if they intend to pursue their crossclaim against David L. Swims, Jr., which is the only claim remaining in this case. Doc. #69 at 1. On January 16, Alisa and Shalanda filed a notice "voluntarily dismiss[ing] without prejudice their *Cross-Claim* against David L. Swims, Jr., pursuant to F.R.C.P. 41." Doc. #70 at PageID 349. Because no claim now remains in this case,[1] this case is **CLOSED**.

**SO ORDERED**, this 17th day of January, 2024.

                                                           **/s/Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] As noted in the January 2 order, David was served with both the interpleader complaint and the crossclaim but has not appeared in this case. Doc. #69 at 1 n.1.